# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CARDOZA CARABANTES,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER CHESTNUT, et al.,<br><br>Respondents. | Case No. 1:26-cv-03034-JLT-SAB-HC<br><br>ORDER GRANTING PRO HAC VICE APPLICATION<br><br>(ECF No. 3) |

The Court has read and considered the application of Fairuze Sofia, attorney for Petitioner, for admission to practice Pro Hac Vice under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District. Having reviewed the application, Fairuze Sofia's application for admission to practice Pro Hac Vice (ECF No. 3) is HEREBY GRANTED.

IT IS SO ORDERED.

Dated:   **May 18, 2026**

_____
STANLEY A. BOONE
United States Magistrate Judge